UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

**MICHAEL KUTZBACK, individually on behalf of themselves and other similiary situated,**

    Plaintiff,

vs.

**LMS INTELLIBOUND, LLC.,** a Foreign Limited Liability Company and **CAPSTONE LOGISTICS, LLC.,** a Foreign Limited Liability Company

    **Defendants.**
_____/

CASE NO.: 2:13-cv-02767-JTF-cgc

JURY DEMAND

### NOTICE OF FILING NOTICE OF CONSENT TO JOIN

Plaintiff, MICHAEL KUTZBACK, gives notice of filing the attached Notice of Consent to Join executed by ANDRE CRUTCHFIELD, an additional similarly situated employee to Plaintiff who likewise was subjected to the illegal policies and practices alleged in Plaintiff's Complaint, and who desires to join this action.

DATED this 4th day of October, 2013.

Respectfully Submitted,

**s/ MICHAEL HANNA**
MICHAEL HANNA, Esquire
Florida Bar No.: 85035
ANDREW FRISCH, Esquire
Florida Bar No.: 27777
Morgan & Morgan, P.A.
600 N. Pine Island Rd., Suite 400
Plantation, FL 33324
Telephone: (954) 318-0268
Facsimile: (954) 333-3515
Email: MHanna@forthepeople.com
E-mail: AFrisch@forthepeople.com

*Trial Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th, day of October 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record.


s/ **MICHAEL HANNA**
Michael Hanna, Esquire