UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

CASE NO.: 2:13-cv-02767-JTF-cgc
JURY DEMAND

**MICHAEL KUTZBACK, individually on behalf of themselves and other similiary situated,**

    **Plaintiff,**

**vs.**

**LMS INTELLIBOUND, LLC., a Foreign Limited Liability Company and CAPSTONE LOGISTICS, LLC., a Foreign Limited Liability Company**

**Defendants.**

_____/

### PLAINTIFF'S NOTICE OF FILING ADDITIONAL CONSENT TO JOIN COLLECTIVE ACTION

Pursuant to Federal and Local Rules of Civil Procedure, Plaintiff, MICHAEL KUTZBACK, gives notice of filing the attached Notice of Consent to Join of JOEL PALMER, a similarly situated employee to Plaintiff, who likewise was subjected to the illegal pay practices at issue, and who wishes to join the above-captioned lawsuit. JOEL PALMER worked for Defendants in Maryland and Florida. *See* consent attached as Exhibit A.

Dated this 7th day of January, 2014.

Respectfully Submitted,

**s/ MICHAEL HANNA**
MICHAEL HANNA, Esquire
Florida Bar No.: 85035
ANDREW FRISCH, Esquire
Florida Bar No.: 27777
Morgan & Morgan, P.A.

600 N. Pine Island Rd., Suite 400
Plantation, FL 33324
Telephone: (954) 318-0268
Facsimile:  (954) 333-3515
Email: MHanna@forthepeople.com
E-mail: AFrisch@forthepeople.com

*Trial Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th, day of January 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all counsel of record.


**s/  MICHAEL HANNA**
Michael Hanna, Esquire