UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

MICHAEL KUTZBACK, individually
on behalf of themselves and other
similiary situated,

    Plaintiff,

vs.

CASE NO.: 2:13-cv-02767-JTF-cgc
JURY DEMAND

LMS INTELLIBOUND, LLC., a
Foreign Limited Liability Company
and CAPSTONE LOGISTICS, LLC.,
a Foreign Limited Liability Company

    Defendants.
_____/

### CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN AND MORGAN P.A.

- I _Joel Palmer_, consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA;
- I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant(s) and was paid in the same regard as the named Plaintiff;
- I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims, and understand I will be bound be such decisions;
- I agree to be represented by Morgan and Morgan, counsel for the named Plaintiff;
- In the event this action gets conditionally certified and then decertified, or for any reason does not proceed as a collective action, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant(s).

Date: _11-23-13_

Signature: _/s/ Joel Palmer_

Address: c/o Morgan and Morgan P.A.
600 N. Pine Island Road, Suite 400
Plantation, Florida 33324
Fax: (954) 333-3515