# IN THE UNITED STATES DISTRICT COURT
## THE WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

| | |
|---|---|
| MICHAEL KUTZBACK, individually on behalf of themselves and other similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>LMS INTELLIBOUND, LLC, a foreign Limited Liability Company and CAPSTONE LOGISTICS, LLC, a Domestic Limited Liability Company,<br><br>        Defendants. | Case No. 2:13-cv-02767-JTF-cgc |

## AGREED MOTION TO WITHDRAW FROM REPRESENTATION

Pursuant to Rule 83.5 of the Local Rules of the United States District Court for the Western District of Tennessee, Defendants LMS Intellibound, LLC and Capstone Logistics, LLC (collectively "Defendants"), by and through their counsel, move for the withdrawal of representation of their counsel, the Law Firm of Fisher & Phillips, LLP ("Fisher & Phillips") and in support state as follows:

1. Fisher & Phillips is counsel for the Defendants in this matter.

2. The Defendants have terminated Fisher & Phillips's engagement as counsel.

3. The Defendants have retained the Law Firm of Seyfarth Shaw LLP, 131 S. Dearborn Street, Suite 2400, Chicago, IL 60603 ("Seyfarth Shaw") to represent them in this matter. Gerald L. Maatman, Jr., Rebecca P. Bromet, Jennifer A. Riley, and Laura Reasons, of Seyfarth Shaw, will represent the Defendants in this matter.

4. Fisher & Phillips's withdrawal as counsel will not delay the trial of this matter.

16693000v.1

5.     Pursuant to Local Rule 7.2(a)(1)(B), counsel for the Defendants consulted with counsel for the Plaintiff. All parties are in agreement with the action requested by this motion.

WHEREFORE, Defendants seek the entry of an Order authorizing the withdrawal of Fisher & Phillips as counsel for the Defendants and relieving Fisher & Phillips of all further responsibilities in this case and for such other relief as is proper.

DATED: January 16, 2014                              Respectfully submitted,


By: /s/ Craig A. Cowart
**Craig A. Cowart (TN Bar No. 17316**)
FISHER & PHILLIPS, LLP - Memphis
1715 Aaron Brenner Drive
Suite 312
Memphis, TN 38120
901-526-0432
Fax: 901-526-8183
Email:  ccowart@laborlawyers.com

**Matthew R. Simpson,** *pro hac vice*
FISHER & PHILLIPS LLP
1075 Peachtree Street, NE
suite 3500
Atlanta, GA 30309
404-231-1400
Email: msimpson@laborlawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served a copy of the foregoing Agreed Motion To Withdraw From Representation to the following through the court's electronic case filing system on this 16th day of January, 2014:

| | |
|---|---|
| **Andrew R. Frisch** | **Michael N. Hanna** |
| MORGAN & MORGAN, PA | MORGAN & MORGAN, PA |
| 600 North Pine Island Road | 600 North Pine Island Road |
| Suite 400 | Suite 400 |
| Plantation, FL 33324 | Plantation, FL 33324 |
| Phone: 954-318-0268 | Phone: 954-318-0268 |
| Email: afrisch@forthepeople.com | Email: mhanna@forthepeople.com |

The undersigned hereby certifies that he served a copy of the foregoing Agreed Motion To Withdraw From Representation to the following via U.S. Mail, postage prepaid, before the hour of 5:00 pm on this 16th day of January 2014:

Gerald L. Maatman, Jr.
Rebecca P. Bromet
Jennifer A. Riley
Laura Reasons
SEYFARTH SHAW LLP
131 S. Dearborn
Suite 2400,
Chicago, IL  60603
Phone: 312-460-5000
Fax:    312-460-7000

/s/ Craig A. Cowart
Craig A. Cowart

16693000v.1