# IN THE UNITED STATES DISTRICT COURT
# THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL KUTZBACK, individually on behalf of themselves and other similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LMS INTELLIBOUND, LLC, a foreign Limited Liability Company and CAPSTONE LOGISTICS, LLC, a Domestic Limited Liability Company,<br><br>　　　　　Defendants. | Case No. 2:13-cv-02767-JTF-cgc |

## ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

This matter came before the Court on the Defendants' Motion For Extension Of Time To Answer Or Otherwise Plead To Plaintiff's Amended Complaint And Demand For Jury Trial, seeking an order granting Defendants an extension of time, to and including January 31, 2014, to answer or otherwise plead to the Amended Complaint. The Court has considered the motion and, it is hereby, this 21st day of January 2014, ORDERED that Defendants' Motion For Extension Of Time To Answer Or Otherwise Plead To Plaintiff's Amended Complaint And Demand For Jury Trial is GRANTED.

IT IS SO ORDERED on this 21st day of January, 2014.

　　　　　　　　　　　　　　　　　　　　　*s/ John T. Fowlkes, Jr.*
　　　　　　　　　　　　　　　　　　　　　JOHN T. FOWLKES, JR.
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

16698609v.1